■ JAMES GATANAS et al., Appellants, v FRANCESCO CATALDO, Respondent. (Action No. 1.) FRANCESCO CATALDO, Plaintiff, v MARK GATANAS, Respondent. (Action No. 2.) — In an action to recover damages for personal injuries and property damage (action No. 1) which was consolidated for trial purposes with another action to recover for property damage (action No. 2), the plaintiffs in action No. 1 appeal from an order of the Supreme Court, Queens County (Calabretta, J.), dated August 16, 1982, which denied their motion, *inter alia,* for an order restoring said action to the Trial Calendar. (We deem the notice of appeal to be a notice of appeal from the order.) The appeal brings up for review so much of a further order of the same court, dated October 8, 1982, as, upon reargument, adhered to the original determination (CPLR 5517, subd [b]). Appeal from the order dated August 16, 1982, dismissed, without costs or disbursements. Said order was superseded by the order dated October 8, 1982, made upon reargument. Order dated October 8, 1982 affirmed insofar as reviewed, without costs or disbursements. No opinion. Lazer, J. P., Gibbons, Weinstein and Boyers, JJ., concur.

■ FRANK HARNISCH et al., Respondents, v ADRIAN BRODEY, Defendant, and JOHN KWITTKEN et al., Appellants. — In a negligence action to recover damages for personal injuries, etc., defendants John Kwittken, M.D., and Skin and Mucous Membrane Biopsy Laboratory, P.A., appeal from an order of the Supreme Court, Queens County (Lerner, J.), dated June 11, 1982, which denied their motion to dismiss the complaint as to them on the basis of lack of in personam jurisdiction. Order affirmed, without costs or disbursements (cf. *Evans v Planned Parenthood,* 43 AD2d 996; *Prentice v Demag Materials Handling,* 80 AD2d 741). Defendants John Kwittken, M.D., and Skin and Mucous Membrane Biopsy Laboratory, P.A.'s time to serve their answer is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.